ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/2/2025 11:45 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/2/2025 11:45:23 AM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth District Court of Appeals

**Cecile Erwin Young, in Her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, Molina Healthcare of Texas, Inc., and Aetna Better Health of Texas, Inc.,**
*Appellants,*

**v.**

**Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company,**
*Appellees.*

On Appeal from Cause No. D-1-GN-24-003839, In the 455th Judicial District Court of Travis County, Texas / Honorable Laurie Eiserloh, Presiding Judge

## APPELLEES' FIRST UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS ON THE MERITS

Appellees Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company (collectively, "Appellees") file this First Unopposed Joint Motion for Extension of Time to File Response Briefs on the Merits. In support, Appellees show the following:

1.    On August 8, 2025, this Court issued an order directing Appellants to file their opening briefs on the merits on or before August 28, 2025. This Court also

directed Appellees to file their response briefs on the merits on or before 20 days after the date that the latest Appellant's brief is filed. *Id.*

2.    On August 13, 2025, Appellant Cecile Young, in Her Official Capacity as the Executive Commissioner of the Texas Health and Human Services Commission ("the Executive Commissioner") filed a motion requesting a 30-day extension of time to file her opening brief on the merits until September 29, 2025. Appellees did not oppose the Executive Commissioner's motion. Molina and Aetna did not take a position on the Executive Commissioner's motion but indicated a preference that the briefing schedules be aligned for all Appellants.

3.    On August 19, 2025, this Court granted the Executive Commissioner's motion and extended the deadline for filing the Executive Commissioner's opening brief on the merits to September 29, 2025.

4.    On August 20, 2025, Appellants Molina Healthcare of Texas, Inc. ("Molina") and Aetna Better Health of Texas Inc. ("Aetna") filed a motion requesting a 30-day extension of time to file their opening briefs on the merits until September 29, 2025 "to maintain a single deadline for all appellants' briefs." Appellees did not oppose Molina and Aetna's motion. The Executive Commissioner also did not oppose Molina and Aetna's motion.

5.    On August 20, 2025, this Court granted Molina and Aetna's motion and extended the deadline for filing their opening briefs on the merits to September 29,

2

2025.

6. On September 29, 2025, the Executive Commissioner, Molina, and Aetna each filed an opening brief on the merits.

7. Based on this Court's August 8, 2025 order, Appellees' response briefs on the merits are currently due on October 20, 2025.

8. Appellees respectfully request that this Court grant a 30-day extension of the deadline to file their response briefs on the merits to **November 19, 2025**.

9. Appellees respectfully submit that good cause exists for the above extension where counsel for Appellees have been or will be engaged in the following:

*Counsel for Cook Children's Health Plan*

- Preparing for an oral argument in No. 03-24-00201-CV, *Meritage Homes of Texas, LLC v. Walther Family Limited Partnership et al.*, in the Third Court of Appeals on October 3, 2025; and

- Preparing a merits brief in No. 05-25-00726-CV, *City of Plano, et al. v. Plano Housing Authority, et al.*, In the Fifth Court of Appeals, due on October 29, 2025.

*Counsel for Texas Children's Health Plan*

- Preparing extensive post-trial briefing in Cause No. 2021-02657, *EnvTech, Inc. v. USA DeBusk, LLC*, In the 129th Judicial District Court of Harris County, Texas; and

- Preparing for a temporary injunction hearing in Cause No. D-1-GN-25-008233, *Performance Sailcraft Pty Limited v. Laser*

*Class Association, Inc., et al.*, In the 261st Judicial District Court of Travis County, Texas, set for October 9, 2025.

*Counsel for Superior Health Plan, Inc.*

- Preparing a merits brief in No. 05-25-00768-CV, *Miller v. Dunn, et al.*, In the Fifth Court of Appeals, due on October 8, 2025;

- Preparing responses to a motion to disregard jury finding, motion for judgment notwithstanding the verdict, and motion for new trial in Cause No. 2020-32320, *Bestway Oilfield, Inc. v. Cox*, In the 270th District Court, Harris County, Texas, set for hearing on October 14, 2025;

- Preparing a merits brief in Nos. 25-2204 and 25-2312, *Cockerill, et al. v. Corteva, Inc., et al.*, In the United States Court of Appeals for the Third Circuit, due on October 14, 2025; and

- Preparing a petition for review in No. 25-0863, *Southern Cornerstone, Inc. v. Crown Colony Improvement Association, Inc.*, In the Supreme Court of Texas, due on October 29, 2025.

*Counsel for Wellpoint Insurance Company*

- Preparing a merits brief in No. 05-24-01447-CV, *Kinder Morgan Treating LP v. North Park Advantage Walden MRU, LLC*, In the Dallas Court of Appeals, due on October 14, 2025; and

- Preparing a petition for review for filing in the Supreme Court of Texas from No. 05-24-00043-CV, *Estate of Manley*, In the Dallas Court of Appeals, due on October 23, 2025.

10. Good cause further exists where Appellants have filed three separate, lengthy opening briefs on the merits for which it will require significant time for Appellees to properly respond. *See* Executive Commissioner's Opening Brief (14,918 words); Molina's Opening Brief on the Merits (14,189 words); Aetna's Opening Brief on the Merits (13,142 words). Appellants' briefs also include new

4

arguments that have not been previously raised below or in this Court.

11. This motion is filed not for the purpose of delay but so that justice may be done.

12. Counsel for Appellees have conferred with counsel for Appellants regarding the relief requested in this motion. Appellants do not oppose the relief requested in this motion.

**CONCLUSION**

For the reasons herein, Appellees Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company respectfully request that this Court: (1) grant Appellees' First Unopposed Joint Motion for Extension of Time to File Response Briefs on the Merits; (2) extend the deadline for Appellees to file their response briefs on the merits to and including November 19, 2025; and (3) grant Appellees any and all other relief to which they are entitled.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP                 ALEXANDER DUBOSE & JEFFERSON


By /s/ Warren S. Huang                        By /s/ Amy Warr
    Susan Feigin Harris                          Amy Warr
    State Bar No. 06876980                       State Bar No. 00795708
    susan.harris@nortonrosefulbright.com         awarr@adjtlaw.com
    Warren S. Huang                              Anna M. Baker
    State Bar No. 00796788                       State Bar No. 00791362
    warren.huang@nortonrosefulbright.com         abaker@adjtlaw.com
1550 Lamar, Suite 2000                        100 Congress Avenue, Suite 1450
Houston, Texas 77010                          Austin, Texas 78701-2709
Telephone:  (713) 651-5151                    Telephone:  (512) 482-9300

Paul D. Trahan                                Karen C. Burgess
State Bar No. 24003075                        State Bar No. 00796276
paul.trahan@nortonrosefulbright.com           kburgess@burgesslawpc.com
NORTON ROSE FULBRIGHT US LLP                  Katie Dolan-Galaviz
98 San Jacinto Boulevard, Suite 1100          State Bar No. 24069620
Austin, Texas 78701                           kgalaviz@burgesslawpc.com
Telephone:  (512) 474-5201                    BURGESS LAW PC
                                              404 West 13th Street
Thomas A. Coulter                             Austin, Texas 78701-1825
tom.coulter@nortonrosefulbright.com           Telephone:  (512) 482-8808
State Bar No. 04885500
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1100                Matthew P. Gordon
Washington, D.C. 20001                        mgordon@perkinscoie.com
Telephone:  (202) 662-0200                    *Admission Pro Hac Vice*
                                              PERKINS COIE LLP
                                              1201 Third Avenue, Suite 4900
*Counsel for Appellee Texas Children's*       Seattle, Washington 98101-3099
*Health Plan*                                 Telephone:  (206) 359-8000

                                              *Counsel for Appellee Plaintiff Cook*
                                              *Children's Health Plan*

6

FOLEY & LARDNER LLP

By /s/ Stacy R. Obenhaus
    Robert F. Johnson III
    State Bar No. 10786400
    rjohnson@foley.com
600 Congress Avenue, Suite 3000
Austin, Texas. 78701
Telephone: (512) 542-7000

Michelle Y. Ku
State Bar No. 24071452
mku@foley.com
Stacy R. Obenhaus
State Bar No. 15161570
sobenhaus@foley.com
FOLEY & LARDNER LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000

Benjamin J. Grossman
*Of Counsel*
bjgrossman@foley.com
FOLEY & LARDNER LLP
106 East College Avenue, Suite 900
Tallahassee, Florida 32301
Telephone: (850) 222-6100

*Counsel for Appellee Wellpoint
Insurance Company*

HOLLAND & KNIGHT LLP

By /s/ Richard B. Phillips, Jr.
    Richard B. Phillips, Jr.
    State Bar No. 24032833
    rich.phillips@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 964-9500

Karen D. Walker
*Admission Pro Hac Vice*
karen.walker@hklaw.com
Tiffany Roddenberry
*Admission Pro Hac Vice*
tiffany.roddenberry@hklaw.com
HOLLAND & KNIGHT LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 425-5612

*Counsel for Appellee Superior
Health Plan, Inc.*

**CERTIFICATE OF CONFERENCE**

Undersigned counsel for Appellee Texas Children's Health Plan, on behalf of Appellees, conferred with counsel for Appellants regarding the relief requested in this motion. Appellants do not oppose the relief requested in this motion.

/s/ Warren S. Huang
Warren S. Huang

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Appellees' First Unopposed Joint Motion for Extension of Time to File Response Briefs on the Merits was served in compliance with Texas Rule of Appellate Procedure 9.5 via the electronic filing manager or electronic mail on October 2, 2025, upon all counsel of record:

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
William R. Peterson
Solicitor General
William F. Cole
Principal Deputy Solicitor General
william.cole@oag.texas.gov
Cory A. Scanlon
Assistant Solicitor General
cory.scanlon@oag.texas.gov
Jeffrey A. Stephens
Assistant Solicitor General
Mohmed I. Patel
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-25848

*Counsel for Appellant Cecile Erwin Young,*
*In Her Official Capacity as Executive*
*Commissioner of the Texas Health and*
*Human Services Commission*

9

Joseph R. Knight
jknight@ebbklaw.com
EWELL, BROWN, BLANKE & KNIGHT LLP
111 Congress Avenue, Suite 2800
Austin, Texas 78701

Mark J. Kessler
mkessler@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106

*Counsel for Aetna Better Health of Texas, Inc.*

Cheryl Joseph LaFond
clafond@scottdoug.com
Jason LaFond
jlafond@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701

*Counsel for Molina Healthcare of Texas, Inc.*

/s/ Warren S. Huang
Warren S. Huang

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 106366135
Filing Code Description: Motion
Filing Description: Motion
Status as of 10/2/2025 12:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 10/2/2025 11:45:23 AM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 10/2/2025 11:45:23 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 10/2/2025 11:45:23 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 10/2/2025 11:45:23 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 10/2/2025 11:45:23 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |
| David Johns | | david@cobbjohns.com | 10/2/2025 11:45:23 AM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 10/2/2025 11:45:23 AM | SENT |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 10/2/2025 11:45:23 AM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 10/2/2025 11:45:23 AM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 10/2/2025 11:45:23 AM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 10/2/2025 11:45:23 AM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 10/2/2025 11:45:23 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 106366135
Filing Code Description: Motion
Filing Description: Motion
Status as of 10/2/2025 12:00 PM CST

Associated Case Party: Cook Children's Health Plan

| | | | | |
|---|---|---|---|---|
| Jonathan Hawley | | jhawley@perkinscoie.com | 10/2/2025 11:45:23 AM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 10/2/2025 11:45:23 AM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 10/2/2025 11:45:23 AM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 10/2/2025 11:45:23 AM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 10/2/2025 11:45:23 AM | SENT |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 10/2/2025 11:45:23 AM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 10/2/2025 11:45:23 AM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 10/2/2025 11:45:23 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 10/2/2025 11:45:23 AM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 10/2/2025 11:45:23 AM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 10/2/2025 11:45:23 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 106366135
Filing Code Description: Motion
Filing Description: Motion
Status as of 10/2/2025 12:00 PM CST

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 10/2/2025 11:45:23 AM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 10/2/2025 11:45:23 AM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 10/2/2025 11:45:23 AM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 10/2/2025 11:45:23 AM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 10/2/2025 11:45:23 AM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 10/2/2025 11:45:23 AM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 10/2/2025 11:45:23 AM | SENT |

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 106366135
Filing Code Description: Motion
Filing Description: Motion
Status as of 10/2/2025 12:00 PM CST

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |
| Jeffrey Stephens | | jeff.stephens@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |
| Mohmed Patel | | mohmed.patel@oag.texas.gov | 10/2/2025 11:45:23 AM | SENT |